IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:20-cr-00188-LMM-RDC-5 |
| RICHARD CLARK, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [187]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [187], as its opinion: Defendant's Motion to Suppress, Dkt. Nos. [127, 175], is **DENIED**.

**IT IS SO ORDERED** this 27th day of April, 2022.

_____
**Leigh Martin May**
**United States District Judge**